UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

U.S.A. vs. TERRELL MEBANE                                              Docket No. 3:02CR00085(EBB)

## PETITION ON PROBATION AND SUPERVISED RELEASE

COMES NOW Jacqueline Carroll, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Terrell Mebane, who was sentenced to 72 months' imprisonment for a violation of 21 U.S.C. § 841(a)(1) & 846, by the Honorable Ellen Bree Burns, Senior United States Judge, sitting in the court at New Haven, Connecticut, on June 24, 2005, who fixed the period of supervision at five years, which commenced on July 9, 2007, and imposed the general terms and conditions theretofore adopted by the court: The following special conditions of supervision were imposed: (1) Defendant shall obtain substance abuse treatment and/or inpatient, outpatient counseling as deemed necessary by the United States Probation Office (USPO); and (2) Defendant shall pay some or all of the costs of substance abuse treatment and/or mental health treatment, if determined appropriate by USPO.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

The defendant is being cited for violating the following conditions of supervised release:

Standard condition #7: "The defendant shall refrain from excessive use of alcohol and shall not purchase possess, use, distribute or administer any controlled substances, or paraphernalia related to any controlled substances, except as prescribed by a physician."

On February 6, 2008 and February 12, 2008, Mr. Mebane submitted a urine screen that tested positive for cocaine. On March 12, 2008, Mr. Mebane submitted a urine screen that tested positive for marijuana. On April 1, 2008, Mr. Mebane submitted a urine screen that tested positive for cocaine and marijuana.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve as a summons directing Terrell Mebane to appear before this court at New Haven, Connecticut, on _June 13, 2008_ at _11 a.m._ to show cause why supervision should not be revoked.

**ORDER OF COURT**                                                     Sworn to By

Considered and ordered this _14_
day of _May, 2008_ and ordered filed and made
a part of the records in the above case.                               _____
                                                                        Jacqueline Carroll
                                                                        Senior United States Probation Officer

/s/ Ellen Bree Burns, SUSDJ
_____
The Honorable Ellen Bree Burns                                         Place___New Haven, CT___
Senior United States District Judge
                                                                        Date___5/14/08___

Before me, the Honorable Ellen Bree Burns, Senior United States District Judge, on this _14_ day of May, 2008, Senior U.S. Probation Officer Jacqueline Carroll, appeared and under oath stated that the facts set forth in this petition are true to the best of her knowledge and belief.

/s/ Ellen Bree Burns, SUSDJ
The Honorable Ellen Bree Burns
Senior United States District Judge