HONORABLE _Ellen Burns_    Viol Hrg(May 22, 2007)

DEPUTY CLERK _M. Ruocco_    COURTPTR/ECRO/TAPE _L. Sanchez_

USPO _J. Carroll_    INTERPRETER _____

TOTAL TIME: ____ hours _30_ minutes

DATE _6/18/08_    START TIME _11:25_    END TIME _11:55_

CR. No. _3:02Cr85_    DEFT # _2_

UNITED STATES OF AMERICA    §
§    _R. Spector_ AUSA
§
vs.    §
§
_Terrell Mebane_    §

_F. O'Reilly_ ☑
Counsel for Defendant: CJA (C), Ret (X), PDA (P)

## PROBATION/SUPERVISED RELEASE VIOLATION HEARING

☒ SUPERVISED RELEASE    ☐ PROBATION    ☐ COMPLIANCE HEARING (check one)

- ☐ ........ Deft arrested on _____
- ☐ ........ Deft failed to appear, Bench warrant to issue
- ☐ ........ Violation Hrg continued until _____ at _____
- ☒ ........ Deft admits violation
- ☒ ........ CJA 23 Financial Affidavit filed ☐ sealed by the Court.
- ☒ ........ Court appoints _Atty O'Reilly_ to represent defendant ☐ for this proceeding ☒ for entire proceeding; CJA Appointment date: _5/14/08_ .
- ☐ ........ Order appointing Federal Public Defender's Office filed
- ☒ ........ Court finds deft ☒ has ☐ has not violated terms of ☐ probation ☒ supervised release
- ☒ ........ Probation/Supervised Release ☒ revoked ☐ continued ☐ modified
- ☒ ........ _1 year_ months imprisonment on Count(s) _____
- ☐ ........ Upon release the defendant shall be on supervised release for a term of _____ years/months
- ☐ ........ ☐ Supervised release ☐ probation continued for a period of _____ years/months on count(s) _____
- ☐ ........ Deft shall pay a fine of $ _____ on Count(s) _____ to be paid by _____
- ☐ ........ Court recommends incarceration at _____
- ☐ ........ Deft shall pay $ _____ per month for the cost of ☐ incarceration ☐ supervised release ☐ community confinement (Halfway House)
- ☐ ........ Deft shall refrain from any use or unlawful possession or distribution of a narcotic drug.
- ☒ ........ Deft ordered to surrender on _6/19/08 by 12 PM_ to ☒ U.S. Marshal ☐ institution ~~to~~ ( to USPO)
- ☐ ........ Bond ☐ continued ☐ set at $ _____ ☐ Non-surety ☐ Surety ☐ PR
- ☐ ........ Violation sentencing set for _____
- ☒ ........ Deft detained
- ☒ ........ _No supervised release to follow_ _____

☐ SEE CONDITIONS OF SUPERVISED RELEASE/PROBATION ON REVERSE