# UNITED STATES DISTRICT COURT

District of     CONNECTICUT

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| **V.** | (For **Revocation** of Probation or Supervised Release) |
| Terrell Mebane | Case Number: 3:02CR00085(EBB) |
| | USM Number: 14615-014 |
| | Francis O'Reilly |
| | Defendant's Attorney |

**THE DEFENDANT:**

■ admitted guilt to violation of condition(s)   #7   of the term of supervision.

☐ was found in violation of condition(s)     after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Standard Condition #7 | "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substances, or paraphernalia related to any controlled substances, except as prescribed by a physician." | June 12, 2008 |

    The defendant is sentenced as provided in pages 2 through   2   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s)     and is discharged as to such violation(s) condition.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| Defendant's Soc. Sec. No.: 5736 | June 18, 2008 |
| | Date of Imposition of Judgment |
| Defendant's Date of Birth: 1975 | |
| | /s/ Ellen Bree Burns, SUSDJ |
| | Signature of Judge |
| Defendant's Residence Address: | |
| | |
| Hampton, Virginia 23669 | Ellen Breen Burns, Senior U.S. District Judge |
| | Name and Title of Judge |
| | |
| | 6/18/08 |
| | Date |
| Defendant's Mailing Address: | |
| | |
| Hampton, Virginia 23669 | |

DEFENDANT: Terrell Mebane
CASE NUMBER: 3:03CR00085(EBB)

Judgment — Page ____ of ____

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 12 months

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

■ The defendant shall surrender to the United States Marshal for the Eastern District of Virginia:
  ■ at  2:00  ☐ a.m.  ■ p.m.  on  June 19, 2008 .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL